**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROCHESTER MANOR OPCO LLC, et al.,<br>Debtors. | Chapter 11<br><br>Case No. 26-22481-GLT |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that MazurKraemer Business Law hereby appears pursuant to Fed. R. Bankr. P. 9010(b) as counsel for Loyal Assistant Inc. d/b/a “Bravo Care” (“Bravo Care”), a creditor or party in interest in the above-captioned bankruptcy case. Counsel requests that it receive, in addition to notice of matters set forth in Rule 2002, all notices issued in the above captioned case after the date of this Notice; and Counsel further requests a copy of all documents filed in the above captioned case after the date of this Notice, including but not limited to motions and other pleadings, stipulations, settlement agreements or orders of any kind.

MazurKraemer Business Law further requests that the Debtor, Trustee and Clerk of the United States Bankruptcy Court place the following name and address on the master mailing matrix and any abbreviated service list in the above captioned proceeding:

**Loyal Assistant Inc. d/b/a “Bravo Care”**
c/o Jeffrey Toobi
11040 Santa Monica Boulevard
Los Angeles, CA 90025
Telephone: 310-927-9912
Email: Jeff@BravoCare.com

**MAZURKRAEMER BUSINESS LAW**
Salene M. Kraemer, Esq.
PA Bar. No. 86422
314 Old Farm Road
Pittsburgh, PA 15228
Tel: (206) 206-3840
salene@mazurkraemer.com

**MAZURKRAEMER BUSINESS LAW**
Jennifer Zheng, Esq.
PA Bar. No. 339769
314 Old Farm Road
Pittsburgh, PA 15228
Tel: (956) 605-5579
jennifer@mazurkraemer.com

Dated: November 6, 2026

By: /s/ Salene M. Kraemer
**MAZURKRAEMER BUSINESS LAW**
Salene M. Kraemer, Esq.
PA Bar. No. 86422
314 Old Farm Road
Pittsburgh, PA 15228
Tel: (206) 206-3840
salene@mazurkraemer.com

*Attorney for Loyal Assistant Inc. d/b/a “Bravo Care”*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROCHESTER MANOR OPCO LLC, et al.,<br>Debtors. | Chapter 11<br><br>Case No. 26-22481-GLT |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 6, 2026, the undersigned caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing.

By: /s/ Salene M. Kraemer
**MAZURKRAEMER BUSINESS LAW**
Salene M. Kraemer, Esq.
PA Bar. No. 86422
314 Old Farm Road
Pittsburgh, PA 15228
Tel: (206) 206-3840
salene@mazurkraemer.com

*Attorney for Loyal Assistant Inc. d/b/a “Bravo Care”*